*In re* José M. Jiménez Román.

*Número:* TS-10893        *Resuelto:* 4 de mayo de 2001

Roberto J. Sánchez Ramos, *Procurador General,* Vanessa Lugo Flores, *Subprocuradora General,* y Rosana Márquez Valencia, *Procuradora General Auxiliar;* Mady Pacheco García de la Noceda, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *José M. Jiménez Román, pro se.*

## RESOLUCIÓN

Vistas la moción en cumplimiento de resolución y la moción en cumplimiento de orden del Procurador General, se ordena la reinstalación del Lcdo. José M. Jiménez Román a la práctica del ejercicio de la abogacía. Se ordena, además, que se devuelva a la Comisión de Ética del Colegio de Abogados los documentos relacionados con la queja que estaba pendiente al momento del desaforo, para que dentro de un término de sesenta (60) días, contados a partir de la notificación de esta resolución, dicha Comisión investigue e informe.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Fuster Berlingeri y Rivera Pérez no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*